

November 13, 2018

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

              Re:    <u>United States v. Marquis Yohanis (19-CR-625 (JMF)</u>

Dear Judge Furman,

     Yesterday, Mr. Yohanis was presented in this district following his arrest in Maine in October, and I was appointed pursuant to the Criminal Justice Act to represent him. The Court has scheduled an arraignment and status conference for tomorrow, but unfortunately I will be in California attending a conference and cannot appear. I have discussed the matter with the government, and respectfully request the conference to be adjourned to November 21st or 22nd, dates when both the government and I are available. On behalf of the Mr. Yohanis, I consent to an exclusion of time under the Speedy Trial Act to the date of the next conference to allow the government to begin disclosing discovery and to begin the process of identifying learned counsel and other members of the team.

                                    Respectfully submitted,

                                      /s/

                                    Florian Miedel
                                    *Attorney for Marquis Yohanis*

cc:    AUSA Andrew Chan

Application GRANTED. The arraignment and pretrial conference are ADJOURNED to November 21, 2019 at 3:00 p.m. in Courtroom 905 (note this is not the Court's usual courtroom). Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the Court excludes time under the Speedy Trial Act between today and November 21, 2019, finding that the purposes of excluding that time outweigh the interests of the defendant and the public in a speedy trial. The Clerk of Court is directed to terminate Doc. #32. SO ORDERED.

November 13, 2019