**Retention of Jurisdiction**

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____     Date: _____
    Andrew K. Chan
    Justin V. Rodriguez
    Assistant United States Attorneys

_____     Date: _____
Bruce Koffsky, Esq.
Counsel for Robert Wilson

_____     Date: _____
Mark S. DeMarco, Esq.
Counsel for Kevin Crosby

_____     Date: _____
Elizabeth Macedonio, Esq.
Counsel for Yefrel Brito

*/s/ Florian Miedel/*     Date: 11/18/19
Florian Miedel, Esq.
Counsel for Marquis Yohanis

The terms of the protective order entered on September 5, 2019 (ECF No. 10) hereby apply to Marquis Yohanis and his counsel.

SO ORDERED:
Dated: New York, New York
      November 19, 2019

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

5