# Mark S. DeMarco

Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

January 25, 2020

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Application GRANTED. The Clerk of Court is directed to terminate Doc. # 46.**

**SO ORDERED.**

**January 27, 2020**

**BY ECF & ELECTRONIC MAIL**

Re: *United States v. Kevin Crosby*
S2 19 Cr. 625 (JMF)

Your Honor:

On January 24, 2020, this Court and counsel for Mr. Crosby were notified that the Acting Attorney General has decided not to seek the death penalty for the defendants in this case. Accordingly, I write this letter to respectfully request that I be discharged as learned counsel for Mr. Crosby.

Since Mr. Crosby has retained private counsel and since this case is no longer a capital case within the meaning of 18 U.S.C. § 3005, the appointment of learned capital counsel by this Court is no longer required.

Therefore, it is respectfully requested that I be permitted to withdraw as learned counsel from this case.

Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

cc:    All Counsel
         By ECF