Law Firm of
Susan K Marcus LLC
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

February 11, 2020

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**BY ECF**

> *Application GRANTED. The Clerk of Court is directed to terminate Docket No. 48. SO ORDERED.*
>
> *February 11, 2020*

Re: *United States v. Marquis Yohanis*
S2 19 Cr. 625 (JMF)

Your Honor:

On January 24, 2020, this Court and counsel for Mr. Yohanis were notified that the Acting Attorney General has decided not to seek the death penalty for the defendants in this case. Accordingly, I write this letter to respectfully request that I be discharged as learned counsel for Mr. Yohanis.

Since another CJA attorney, Florian Miedel, had been appointed to Mr. Yohanis prior to my own appointment, and since this case is no longer a capital case within the meaning of 18 U.S.C. § 3005, the appointment of learned capital counsel by this Court is no longer required.

Therefore, it is respectfully requested that I be permitted to withdraw as learned counsel from this case.

Thank you for your attention to this matter.

Respectfully submitted,

Susan K. Marcus, Esq.

cc: All Counsel
By ECF