UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v -

ROBERT WILSON,
   a/k/a "RO,"
KEVIN CROSBY,
   a/k/a "Sama,"
YEFREL BRITO,
   a/k/a "Mini,"
MARQUIS YOHANIS,
   a/k/a "DG,"

19 Cr. 625 (JMF)

**ORDER**

               Defendants.
------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon the application of the United States of America, by and through Audrey Strauss, Acting United States Attorney for the Southern District of New York, Andrew K. Chan and Justin V. Rodriguez, Assistant United States Attorneys, of counsel, and with the consent of ROBERT WILSON, a/k/a "RO," KEVIN CROSBY, a/k/a "Sama," YEFREL BRITO, a/k/a "Mini," MARQUIS YOHANIS, a/k/a "DG," the defendants, by and through their attorneys, Benjamin Christopher Zeman, Esq., Dawn M. Florio, Esq., Elizabeth Edwards Macedonio, Esq., Louis Marmorek Freeman, Esq., Florian Miedel, Esq., and, Steven Edward Lynch, Esq.:

      The Court finds that the ends of justice served by an exclusion of time under the Speedy Trial Act until January 18, 2021, outweigh the best interest of the public and the defendants in a speedy trial, because such an exclusion will allow the defendants and their counsel time to continue their review of the discovery in this case and their assessments of whether any motions are appropriate, to continue or begin discussions with the Government about potential pretrial resolutions, and to otherwise continue their preparations for trial. Accordingly, it is ORDERED

that the time from the date of this order through January 18, 2021, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is directed to terminate Doc. #83.

SO ORDERED.

Dated: October 29, 2020
New York, New York

_____
HON. JESSE M. FURMAN
United States District Judge
Southern District of New York