UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
:
-v-                                                                    :   19-CR-625 (JMF)
:
ROBERT WILSON, et al,                                                  :   ORDER
:
Defendant.                                    :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Unfortunately, because the four Defendants are detained in two different facilities, the Court was unable to set up a single remote conference involving all four Defendants. The best the Court could do is to arrange for two separate teleconferences: one, **for Defendants Kevin Crosby and Yefrel Brito**, on **January 25, 2021**, at **10:30 a.m.** and the second, for **Defendants Robert Wilson and Marquis Yohanis**, on **January 26, 2021**, at **10:30 a.m.** That said, counsel for the latter Defendants should participate in the conference on January 25, 2021, regardless — as it will facilitate discussion of a trial date for all Defendants. Moreover, if one set of Defendants waives its presence altogether, the Court can and will hold a single conference with counsel (and the other Defendants). (If either set of Defendants is willing to waive, counsel should advise the Court **immediately** so that it can make the necessary adjustments and arrangements.) In either case, given the difficulty involved in privately conferring during a teleconference, counsel should confer in advance of the first conference with respect to the trial date and alternative possible trial dates.

      Counsel should join the conference(s) by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public may access the conference(s) using the same call-in information, but will be placed in listen-only mode. Recording of the conference is prohibited by law.

      Finally, time under the Speedy Trial Act had been excluded through January 18, 2021. In light of the adjournment of the pretrial conference from that date to March 2, 2021, the Court excludes time between today and March 2, 2021, finding that the interests of justice served by excluding that time outweigh the interests of the Defendants and the public in a speedy trial because it will enable Defendants to prepare any motions they wish to bring by the extended deadline.

      SO ORDERED.

Dated: January 20, 2021
      New York, New York
                                                     JESSE M. FURMAN
                                                     United States District Judge