

November 22, 2021

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    <u>United States v. Marquis Yohanis (19-CR-625 (JMF))</u>

Dear Judge Furman:

      Mr. Yohanis is currently scheduled to be sentenced by Your Honor on December 7, 2021, following his guilty plea to murder conspiracy and assault in aid of racketeering. I write to respectfully request an adjournment of sentencing. The government consents to the request.

      I recently finished a month-long trial in the Southern District of Ohio, which created an avalanche of work upon my return. Our mitigation specialist, who is providing a mitigation report to the Court recently was named Director of the Center of Holistic Defense at The Bronx Defenders, and has been working on Mr. Yohanis's report in her spare time. For these reasons, we are not quite ready to proceed to sentencing and request an adjournment to January 2022, or whenever is convenient for the Court thereafter. As noted, the government consents to this request.

                                                          Respectfully,

                                                           /s/

                                                       Florian Miedel
                                                       *Attorney for Marquis Yohanis*

cc:    All Counsel

Application GRANTED. Sentencing is hereby ADJOURNED to January 13, 2022, at 11:00 a.m. The Clerk of Court is directed to terminate Doc. #157. SO ORDERED.

November 23, 2021