# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

P (718) 514-9100
F (917) 210-3700
ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

December 29, 2021

**VIA ECF**

> Application GRANTED. The hearing is hereby ADJOURNED to February 15, 2022, at 9:30 a.m. and will continue on February 16, 2022, if needed. The Clerk of Court is directed to terminate Doc. #164. SO ORDERED.
>
> January 3, 2021

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Robert Wilson, ~~21~~ 19 Cr. 625 (JMF)

Dear Judge Furman,

Anthony Cecutti, Kestine Thiele and I represent Robert Wilson in the above referenced matter. With the consent of the Government, I write to respectfully request an adjournment of the Fatico hearing that is currently on the Court's calendar for January 11, 2022.

As the Court is well aware, the recent surge in COVID cases stemming from the Omicron variant has brought a return of lockdowns and restrictions. As of December 27, 2021, all in person visits to the MDC have been suspended indefinitely. Our preparation for the Fatico hearing has mainly consisted of spending considerable time with Mr. Wilson, reviewing discovery and discussing strategy. Given the defense team's inability to meet with Mr. Wilson and the significant time we need to prepare and review materials with him, we are respectfully requesting an adjournment of 3-4 weeks or whenever is convenient for the Court. The Government is unavailable on February 17-18 and defense is unavailable between February 21-25.

I thank Your Honor in advance for your consideration in this matter. Stay safe.

Respectfully submitted,

Benjamin Zeman
Counsel for Robert Wilson

All Parties Via ECF