

January 5, 2022

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     United States v. Marquis Yohanis (19-CR-625 (JMF))

Dear Judge Furman:

  Mr. Yohanis is currently scheduled to be sentenced by Your Honor on January 13, 2022. I write to respectfully request an adjournment of sentencing. The government consents to the request.

  As the Court is aware, the omicron variant of Covid-19 is running rampant inside the MDC. As of yesterday, at least 250 detainees and 40 staff members had tested positive. The parties and Mr. Yohanis would like to have an in-person sentencing, and while, as of now, Mr. Yohanis is still scheduled to be produced for sentencing, the situation is worrisome. Moreover, because of the lockdowns at MDC and suspension of legal visits, we have not had meaningful access to Mr. Yohanis in the last two weeks. We need to spend time with him to prepare him for sentencing, and even legal phone calls are hard to come by.

  For these reasons, we respectfully request an adjournment of approximately three weeks. I am, however, unavailable February 3-7. As noted, the government consents.

Respectfully,

/s/

Florian Miedel
*Attorney for Marquis Yohanis*

cc:     All Counsel

Application GRANTED. Sentencing is hereby ADJOURNED to February 10, 2022, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #170. SO ORDERED.

January 5, 2022