

February 9, 2022

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Marquis Yohanis (19-CR-625 (JMF))</u>

Dear Judge Furman:

    Mr. Yohanis's sentencing is currently scheduled for February 10, 2022, at 3:30 p.m. I write to request for the sentencing to be moved to 4:00 p.m.

    The sentencing was originally scheduled for 10:00 a.m. Yesterday, the Court moved the time to 3:30 p.m. Unfortunately, I have a conference in the Eastern District of New York at 2:30 p.m., and am concerned about being delayed for a 3:30 p.m. sentencing. Accordingly, I respectfully request for the sentencing to be moved back to 4:00 p.m., which should allow me enough time to appear.

                             Respectfully,

                             /s/

                             Florian Miedel
                             *Attorney for Marquis Yohanis*

cc:    All Counsel

Application GRANTED. The Clerk of Court is directed to terminate Doc. #181. SO ORDERED.

February 9, 2022