UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                     :
:
    -v-                                       :     19-CR-625 (JMF)
:
ROBERT WILSON,                               :     ORDER
KEVIN CROSBY, and                            :
MARQUIS YOHANIS,                             :
:
                Defendants.         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record at the *Fatico* hearing held earlier today:

- Defendant Robert Wilson shall file a letter brief addressing whether Defendants Kevin Crosby and Marquis Yohanis should be compelled to testify despite any Fifth Amendment privileges by **May 16, 2022**;

- Any response to Mr. Wilson's letter brief — by the Government or by counsel for Mr. Crosby or Mr. Yohanis — shall be filed by **May 19, 2022**;

- The *Fatico* hearing will resume on **June 9, 2022**, at **9:30 a.m.** (and, if necessary, on **June 10, 2022**), at which time the Court will hear testimony, if applicable, from the Government's final witness; from either or both Mr. Crosby and Mr. Yohanis (in which case their counsel should be present); and, should be decide to testify, from Mr. Wilson. The Court will also hear closing arguments from counsel;

- Sentencing for Mr. Wilson will take place on **September 14, 2022**, at **3:15 p.m.** Unless and until the Court orders otherwise, defense submissions with respect to sentencing are due two weeks prior to sentencing and the Government's submissions are due one week prior to sentencing.

       SO ORDERED.

Dated: May 12, 2022
       New York, New York

                                       _____
                                          JESSE M. FURMAN
                                          United States District Judge